UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/6/2019

LOCAL 363 UNITED ELECTRICAL WORKERS
OF AMERICA, INTERNATIONAL UNION OF
JOURNEYMEN AND ALLIED TRADES ET AL.,

18-cv-2519 (JGK)

Petitioners,

MEMORANDUM OPINION
AND ORDER

- against -

AL ENERGY SOLUTIONS LED, LLC,

Respondent.

JOHN G. KOELTL, District Judge:

The respondent filed an application requesting that the Court appoint counsel to aid in its defense. However, from the papers provided, the Court cannot determine whether the necessary showing for appointment of counsel has been met. The Court of Appeals for the Second Circuit has articulated factors that should guide the Court's discretion to appoint counsel to represent an indigent civil litigant under 28 U.S.C. § 1915. See Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986); Jackson v. Moscicki, No. 99cv2427, 2000 WL 511642, at *4 (S.D.N.Y. Apr. 27, 2000). For the Court to order the appointment of counsel, the respondent must, as a threshold matter, demonstrate that its claim has substance or a likelihood of success on the merits. See Hodge, 802 F.2d at 60-61. Only then can the Court consider the other factors appropriate to determination of whether counsel should be appointed:

"[respondent's] ability to obtain representation independently, and his ability to handle the case without assistance in the light of the required factual investigation, the complexity of the legal issues, and the need for expertly conducted cross-examination to test veracity." Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989). The respondent has not yet made such a showing.

The respondent may seek assistance from the New York Legal Aid Group Legal Clinic for Pro Se Litigants, which is located at 40 Centre Street, Room LL22, New York, New York 10007, and is open on weekdays from 10:00 am until 4:00 pm. The New York Legal Aid Group can be reached by calling (212) 659-6190. The New York Legal Aid Group can, as appropriate, recommend other counsel for the respondent.

For the reasons explained above, the respondent's application for the Court to appoint counsel is **denied without prejudice**. The Clerk is directed to close the pending motion at Docket Number 33.

**SO ORDERED.**

**Dated:** New York, New York
November 5, 2018

_____
John G. Koeltl
United States District Judge